IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV447


GEORGE BERRY, et al.                    )
                    Plaintiffs,         )
                                        )
v.                                      )                    **ORDER**
                                        )
HILLCREST FOODS, INC., et al.           )
                    Defendant.          )



**THIS MATTER** is before the Court upon the motion of Defendant to allow Steven Michael Staes  to appear *Pro Hac Vice*, filed May 13, 2005.

Upon careful review and consideration, this Court will grant Defendant's Application.

In accordance with Local Rule 83.1, Steven Michael Staes is directed to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court within ten (10) days of the filing of this Order.


**IT IS SO ORDERED.**

**Signed: June 2, 2005**

Graham C. Mullen
Chief United States District Judge