# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV447

| | |
|---|---|
| GEORGE BERRY, et al., )<br>      Plaintiffs )<br>)<br>vs. )<br>)<br>HILLCREST FOODS, INC. and WAFFLE )<br>HOUSE, INC., )<br>      Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion to Stay Proceedings" (Document No. 88), filed September 6, 2005 by the plaintiffs – George Berry, Pacino Lindsay, Antijuan Love and Antonia Love – and the defendants – Hillcrest Foods, Inc. and Waffle House, Inc. For good cause shown, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that this action is **STAYED** pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures or discovery during such time as this action is stayed. Within sixty (60) days of the entry of this Order, the parties shall jointly report the status of this matter to the Court.

**IT IS FURTHER ORDERED** that the hearing on the outstanding discovery motions, which is currently scheduled before the Court for Monday, September 12, 2005, is hereby **CANCELLED**.

**Signed: September 7, 2005**

*[signature]*

David C. Keesler
United States Magistrate Judge