UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GEORGE BERRY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 03-CV-0447 |
| v. ) | |
| ) | |
| HILLCREST FOODS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the parties' Second Joint Settlement Report, it is this 19th day of December, 2005, hereby

ORDERED that this action shall continue to be STAYED pending further orders of the Court. No parties shall be required to file or serve any pleadings, memoranda, disclosures, or discovery during such time as this action is stayed. On or before February 14, 2006, the parties shall jointly report the status of this matter to the Court.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE