**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:03CV447**

| | | |
|---|---|---|
| **GEORGE BERRY, et al.,** | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **vs.** | ) | <u>ORDER</u> |
| | ) | |
| **HILLCREST FOODS, INC. and WAFFLE** | ) | |
| **HOUSE, INC.,** | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Fourth Joint Settlement Report" (Document No. 97), filed March 17, 2006 by the plaintiffs – George Berry, Pacino Lindsay, Antijuan Love and Antonia Love – and the defendants – Hillcrest Foods, Inc. and Waffle House, Inc. For good cause shown, the Court will grant the relief sought.

      **IT IS, THEREFORE, ORDERED** that this action will continue to be **STAYED**. No parties shall be required to file or serve any pleadings, memoranda, disclosures or discovery during such time as this action is stayed. On or before **April 17, 2006**, the parties shall jointly report the status of this matter to the Court.

      Signed: April 4, 2006

      David C. Keesler
      United States Magistrate Judge